**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NAMEL NORRIS,                                      CASE NO: 1:25-cv-05161-JMF

    Plaintiff,

vs.

LUXOR LOUNGE INC., a New York
corporation, d/b/a LUXOR LOUNGE,
and MACDOUGAL ASSOCIATES, LLC,
a New York limited liability company,

    Defendants.

_____/

### NOTICE OF SETTLEMENT

COME NOW, Plaintiff, NAMEL NORRIS, and LUXOR LOUNGE INC., a New York corporation, d/b/a LUXOR LOUNGE, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement has been, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a thirty (30) day Order of Dismissal to be issued in this matter.

    Dated: This 16th day of September, 2025.

By: _/S/ B. Bradley Weitz_____          By: __/S/ Diana Y. Seo_____
    B. Bradley Weitz, Esq.                             Diana Y. Seo, Esq.
    The Weitz Law Firm, P.A.                          Seo Law Group, PLLC
    18305 Biscayne Blvd., Suite 214                   136-68 Roosevelt Avenue, Suite 726
    Aventura, FL 33160                                Flushing, NY 11354
    Telephone: (305) 949-7777                         Telephone: (718) 500-3340
    Facsimile: (305) 704-3877                         Email: diana@seolawgroup.com
    Email: BBW@weitzfirm.com                          *Attorney for Defendant*
    *Attorney for Plaintiff*                          *Luxor Lounge Inc.*